UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-01474 JAK (PDx) | Date | May 21, 2021 |
|---|---|---|---|
| Title | LexisNexis v. Chugh, LLP | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION RE DEFENDANT CHUGH, LLP

The Court, on its own motion, orders Plaintiff to show cause in writing no later than **May 28, 2021**, why this action should not be dismissed for lack of prosecution. In the absence of showing good cause, an action shall be dismissed if the summons and complaint have not been served within 90 days after the filing of the complaint pursuant to Fed. R. Civ. P. 4(m). **In light of the filing date of February 16, 2021, proof(s) of service were due by May 16, 2021.** An action may also be dismissed prior to such time if the Plaintiff fails diligently to prosecute the action. The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Plaintiff is advised that the Court will consider the filing of a responsive pleading to the complaint and/or proof(s) of service, which indicates proper service in full compliance with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | TJ | |