SHOOK, HARDY & BACON L.L.P.
Robert E. Feyder (SBN 130688)
rfeyder@shb.com
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Tel.: 424.285.8330
Fax: 424.204.9093

Rick Shearer (*pro hac vice pending*)
rshearer@shb.com
2555 Grand Blvd.
Kansas City, MO
Tel.: 816.474.6500
Fax: 816.421.5547

Attorneys for Plaintiff
LEXISNEXIS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LEXISNEXIS, a division of RELX, INC., a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHUGH, LLP, a California limited liability partnership,<br><br>Defendant. | Case No.  2:21-cv-01474 JAK(PDx)<br><br>**PLAINTIFF LEXISNEXIS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff LEXISNEXIS, a division of RELX, INC. ("LexisNexis"), hereby voluntarily dismisses the above-entitled action and all claims therein against Defendant CHUGH, LLP with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: May 25, 2021                         SHOOK, HARDY & BACON L.L.P.

                                            */s/ Robert E. Feyder*
                                            Robert E. Feyder

                                            Attorneys for Plaintiff
                                            LEXISNEXIS

PLAINTIFF LEXISNEXIS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE